## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13 PROCEEDINGS** |
| **EDWARD VERHOVEC, JR.** | : | **CASE NO: 16-60597** |
| **HOLLI JOANNE VERHOVEC** | : | **JUDGE RUSS KENDIG** |
| **DEBTOR(S)** | : | **MODIFICATION OF CHAPTER 13 PLAN** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

      **Now comes the Standing Chapter 13 Trustee, Toby L. Rosen**, and pursuant to 11 U.S.C., Section 1329 (a)(1) modifies the Debtor's Chapter 13 Plan as follows:

      This plan has become unfeasible because **mortgage payments have increased, and the case is delinquent** and cannot be completed in the time remaining on the plan term with the payments as ordered by this court.

      **Therefore**, the within Debtor'(s) payments into the plan are hereby increased from $940.00 MONTHLY to **$1,000.00 MONTHLY**.

      All other provisions of the plan shall remain unchanged.

/s/Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee
400 W. Tuscarawas St., 4th Floor
Canton, OH 44702

## CERTIFICATE OF SERVICE

I certify that on July 17, 2018, a true and correct copy of the MODIFICATION was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

NICOLE ROHR-METZGER, on behalf of EDWARD VERHOVEC, JR. and HOLLI JOANNE VERHOVEC, at nicole@thrushandrohr.com

And by regular U.S. Mail, postage prepaid, on:

EDWARD VERHOVEC, JR. and HOLLI JOANNE VERHOVEC
104 KUTCHAM DRIVE
UHRICHSVILLE, OH 44683

/s/ Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee
400 W. Tuscarawas Street, 4th Floor
Canton, Ohio 44702
330-455-2222

## NOTICE OF MODIFICATION OF PLAN

**TOBY L. ROSEN, the Standing Chapter 13 Trustee,** has filed papers with the Court to have this bankruptcy case modified.

**Your rights may be affected. You should read these papers carefully to discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify this bankruptcy case, or if you want the court to consider your views on the modification, then on or before **AUGUST 7, 2018**, you or your attorney must file with the Court an objection to the modification at:

> Clerk of Court
> United States Bankruptcy Court
> Ralph Regula Federal Building
> 401 McKinley Ave S.W.
> Canton, OH 44702

If you mail your objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

> Toby L. Rosen, Chapter 13 Trustee
> Citizens Bank Building
> 400 W. Tuscarawas Street, 4th Floor
> Canton, Ohio 44702

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the modification and may enter an order granting that relief.

Date: July 17, 2018

> /S/ Toby L. Rosen
> Toby L. Rosen, Chapter 13 Trustee
> Citizens Bank Building
> 400 W. Tuscarawas Street, 4th Floor
> Canton, Ohio 44702